THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>   v.<br><br>ANTHONY DWAYNE LESTRICK,<br><br>Defendant. | CASE NO. CR12-0214-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion for an extension of time to respond to Defendant Anthony Dwayne Lestrick's motion for return of property (Dkt. No. 120). Defendant did not file an opposition to the Government's motion. The Court finds good cause for an extension and GRANTS the Government's motion for an extension of time. The Government shall have until July 31, 2017 to file a response. Defendant's reply, if any, shall be due on August 4, 2017. The Clerk is directed to RENOTE Defendant's motion for return of property to August 4, 2017.

//

//

//

MINUTE ORDER CR12-0214-JCC
PAGE - 1

DATED this 19th day of July 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk