THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITES STATE OF AMERICA, | CASE NO. CR12-0214-JCC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ANTHONY DWAYNE LESTRICK, | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed *pro se* motion requesting a judicial recommendation concerning an RRC/halfway house placement (Dkt. No. 124). Defendant's motion is GRANTED. The Court recommends to the Bureau of Prisons, pursuant to 18 U.S.C. § 3621(b)(4)(B), that Defendant be granted the maximum placement time of 12 months in a halfway house prior to his release. The Clerk is DIRECTED to mail a certified copy of this order to the warden for the federal detention facility at Seatac.

DATED this 6th day of October 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR12-0214-JCC
PAGE - 1